AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Goodstein, Aaron E. | District Court -E.D. Wisconsin | 05/4/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full-Time (Recall) | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2016 <br> to <br> 12/31/2016 |

**7. Chambers or Office Address**

618 United States Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodstein, Aaron E. | 05/4/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodstein, Aaron E. | 05/4/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodstein, Aaron E. | 05/4/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Bank Savings Accounts | B | Interest | M | T | | | | | |
| 2. IRA #1: | | | | | | | | | |
| d) JP Morgan TR 1 | A | Interest | | | Sold | 05/12/16 | J | A | |
| m)General Electric Capital Corp. | A | Dividend | K | T | | | | | |
| o) AMG Southernsun US EQI | A | Dividend | | | Sold | 05/16/16 | J | A | |
| p) Cohen & Steers Realty Shares | A | Dividend | J | T | | | | | |
| q) Diamond Hill Funds | A | Dividend | | | Sold | 05/16/16 | K | A | |
| r) Oppenheimer Developing | A | Dividend | | | Sold | 05/16/16 | J | A | |
| s) Oppenheimer International | A | Dividend | | | Sold | 05/16/16 | K | A | |
| t) Riverpark FDS TR | A | Dividend | | | Sold | 05/16/16 | K | A | |
| u) IShares Int'l Select | A | Dividend | | | Sold | 05/16/16 | J | A | |
| v) Proshares S&P 500 Aristocrats ETF | A | Dividend | K | T | Buy | 05/16/16 | K | | |
| w) SPDR Index ShareFunds | A | Dividend | J | T | Buy | 05/16/16 | J | | |
| x) Vanguard FTSE Emerging Marketings | A | Dividend | J | T | Buy | 05/16/16 | J | | |
| y) Wisdomtree TR | A | Dividend | J | T | Buy | 05/16/16 | J | | |
| 3. Brokerage Account #1: | | | | | | | | | |
| f) Berkshire Hathaway | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodstein, Aaron E. | 05/4/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. h) JP Morgan TR 1 | A | Interest | J | T | | | | | |
| 19. i) Chevron Corp. | A | Dividend | J | T | | | | | |
| 20. m) IShares MSCI Emerging Markets | A | Dividend | | | Sold | 05/16/16 | J | A | |
| 21. n) IShares Int'l Select | A | Dividend | | | Sold | 05/16/16 | K | A | |
| 22. o) Vanguard Index Funds Mid-cap | A | Dividend | | | Sold | 05/26/16 | J | A | |
| 23. p) Vanguard Index Funds Small cap | A | Dividend | | | Sold | 05/23/16 | J | A | |
| 24. q) Verizon Communications | A | Dividend | J | T | | | | | |
| 25. r) Blackrock Strategic Income | B | Dividend | L | T | | | | | |
| 26. s) Cohen & Steers Realty Shares | B | Dividend | K | T | | | | | |
| 27. t)Diamond Hill Funds | A | Dividend | | | Sold | 05/16/16 | K | A | |
| 28. u) Guggenheim FDS TR | B | Dividend | L | T | | | | | |
| 29. v) Oppenheimer International | A | Dividend | | | Sold | 05/16/16 | K | A | |
| 30. w) Riverpark FDS TR | A | Dividend | | | Sold | 05/16/16 | K | A | |
| 31. x) Proshares S&P 500 Aristocrats ETF | A | Dividend | L | T | Buy | 05/16/16 | L | | |
| 32. y) SPDR Index Shares Funds | A | Dividend | J | T | Buy | 05/16/16 | J | | |
| 33. z) Wisdom Tree TR-Europe Hedged Equity Fund | A | Dividend | J | T | Buy | 05/16/16 | J | | |
| 34. aa) Eaton Vance Atlanta Cap | A | Dividend | K | T | Buy | 05/23/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodstein, Aaron E. | 05/4/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. bb) Vanguard FTSE Emerging Markets | A | Dividend | J | T | Buy | 05/16/16 | J | | |
| 36. 4. Brokerage Account #2 | | | | | | | | | |
| 37. b) Exxon Mobile Corp | A | Dividend | K | T | | | | | |
| 38. c) IDEARC Inc. | A | Dividend | J | T | | | | | |
| 39. d) Johnson & Johnson | A | Dividend | K | T | | | | | |
| 40. e) Simon Property Group Inc, New | A | Dividend | K | T | | | | | |
| 41. f) U.S. Bancorp DE New | A | Dividend | J | T | | | | | |
| 42. g) Universal Health Realty Income Trust Shares Beneficial In | A | Dividend | K | T | | | | | |
| 43. h) Verizon Communications, Inc | A | Dividend | J | T | | | | | |
| 44. i) Washington Mutual Company | A | Dividend | J | T | | | | | |
| 45. m) Plains All Amern Pipeline LC | A | Dividend | | | Sold | 04/21/16 | J | C | |
| 46. o) Fidelity National Information Services | A | Dividend | J | T | | | | | |
| 47. q) Fairpoint Communications, Inc. | A | Dividend | J | T | | | | | |
| 48. s) Walgreen Boots Alliance Inc | A | Dividend | J | T | | | | | |
| 49. t) Frontier Communication Corp. | A | Dividend | | | Sold | 05/16/16 | J | A | |
| 50. v) IShares MSCI Emerging Markets | A | Dividend | | | Sold | 05/16/16 | J | A | |
| 51. w) IShares Int'l Select | A | Dividend | | | Sold | 05/16/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodstein, Aaron E. | 05/4/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. x) Vanguard IndexFunds Mid-Cap | A | Dividend | | | Sold | 05/26/16 | J | A | |
| 53. y) Vanguard Index Funds Small-cap | A | Dividend | | | Sold | 05/26/16 | J | A | |
| 54. z) Blackrock Strategic Income | B | Dividend | K | T | | | | | |
| 55. aa) Guggenheim FDS TR | B | Dividend | K | T | | | | | |
| 56. bb) Oppenheimer International | A | Dividend | | | Sold | 05/16/16 | K | A | |
| 57. cc) WP Glimcher | A | Dividend | J | T | | | | | |
| 58. dd) WMI Holdings | A | Dividend | J | T | | | | | |
| 59. ee) Kinder Morgan Inc | A | Dividend | | | Sold | 05/19/16 | K | A | |
| 60. ff) Proshares S&P 500 Aristocrats ETF | A | Dividend | K | T | Buy | 04/21/16 | K | | |
| 61. gg) SPDR Index Shares Fund | A | Dividend | J | T | Buy | 05/16/16 | J | | |
| 62. hh) Vanguard FTSE Emerging markets | A | Dividend | J | T | Buy | 05/16/16 | J | | |
| 63. ii) Wisdom Tree TR | A | Dividend | J | T | Buy | 05/16/16 | J | | |
| 64. IRA #2 | | | | | | | | | |
| 65. a) JP Morgan CC | A | Interest | J | T | | | | | |
| 66. b) AMG Southernsun US EQI | A | Dividend | J | T | | | | | |
| 67. c) Blackrock Strategic Income | A | Dividend | | | Sold | 04/15/16 | J | A | |
| 68. d) Cohen & Steers Realty Shares | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodstein, Aaron E. | 05/4/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. e) Diamond Hill Funds | A | Dividend | | | Sold | 05/16/16 | J | A | |
| 70. f) Guggenheim FDS TR | A | Dividend | J | T | | | | | |
| 71. g) Oppenheimer Developing | A | Dividend | | | Sold | 05/16/16 | J | A | |
| 72. h) Oppenheimer International | A | Dividend | | | Sold | 05/16/16 | J | A | |
| 73. i) Riverpark FDS TR n/k/aRiver Park Wedgewood Fund | A | Dividend | | | Sold | 05/16/16 | J | A | |
| 74. j) Proshares S&P500 Aristocrats ETF | A | Dividend | K | T | Buy | 05/16/16 | K | | |
| 75. k) SPDR Index Shares Funds | A | Dividend | J | T | Buy | 05/16/16 | J | | |
| 76. l) Vanguard FTSE Emerging Markets | A | Dividend | J | T | Buy | 05/16/16 | J | | |
| 77. m) Vanguard Merger Cap Growth | A | Dividend | J | T | Buy | 05/23/16 | J | | |
| 78. n) Wisdom Tree edged Equity Fund | A | Dividend | J | T | Buy | 05/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodstein, Aaron E. | 05/4/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| Goodstein, Aaron E. | 05/4/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Aaron E. Goodstein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544